IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 MAR -5  P  3: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No.: |
| K&F INDUSTRIAL CONTRACTORS, INC. & SCHUFF STEEL-ATLANTIC, INC. f/k/a ADDISON STEEL, INC. | ) ) ) ) ) | 1:07CV196-MEF |
| Defendants. | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT

For its Complaint, Plaintiff Atlantic Casualty Insurance Company

("Atlantic Casualty") states as follows:

1.

This is an action for declaratory judgment brought pursuant to 28

U.S.C. § 2201 et seq. and Fed. R. Civ. P. 57.

2.

Plaintiff Atlantic Casualty is a corporation incorporated under the

laws of North Carolina, having its principal place of business in Wayne

County, North Carolina.

3.

Defendant K&F Industrial Contractors, Inc. ("K&F") is a corporation incorporated under the laws of the state of Alabama, having its principal place of business in Houston County, Alabama.

4.

Defendant Schuff Steel-Atlantic, Inc. f/k/a Addison Steel, Inc. ("Addison") is a corporation incorporated under the laws of the state of Florida, having its principal place of business in a state other than North Carolina.

5.

The amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

6.

This action is brought to determine questions of actual controversy of a justiciable nature which exists between plaintiff and defendants involving their respective rights and liabilities under policies of insurance.

## FACTS

7.

Atlantic Casualty issued to K&F policies of liability insurance, Policy Nos. L048000204 (effective 1/28/02-1/28/03), L048000668 (eff. 1/28/03-1/28/04), and L048001630 (eff. 1/28/04-1/28/05). A true and correct copy of Policy No. L048000668 is attached hereto as Exh. 1.

8.

On or about October 20, 2003, Capital Construction Company ("Capital"), which was the general contractor on a construction project at the Robins Air Force Base in Warner-Robins, Georgia ("the Project"), filed a Complaint against defendant Addison in Gwinnett County Superior Court, Georgia, thereby commencing a civil action (the "Capital Action"). Upon information and belief, plaintiff Atlantic Casualty states that Addison was a subcontractor to Capital on the Project.

9.

Upon information and belief, plaintiff Atlantic Casualty states that the summons and complaint in the Capital action were served upon Addison defendants therein no later than November 10, 2003. On or about December 4, 2003, Addison filed in the Capital action a third-party complaint against K&F.

10.

As of the present date, K&F has never notified Atlantic Casualty of the third-party complaint referenced in the preceding paragraph, of the Capital action, or of any matters which may have given rise to the claims made in the Capital action or the third-party complaint.

11.

The first notice which Addison provided to Atlantic Casualty concerning the existence of the Capital action was sent by Addison on or about March 30, 2006.

12.

The first notice which Addison provided to Atlantic Casualty concerning the existence of the third-party complaint against K&F was sent by Addison on or about November 27, 2006.

13.

Addison never forwarded to Atlantic Casualty a copy of the complaint in the Capital action.

14.

In the Capital action, Capital alleged that defendant Addison was liable to Capital as a result of Addison's failure to adequately perform its obligations pursuant to the subcontract between the two parties for certain

4

work at the Project and alleged two theories of recovery: breach of contract and promissory estoppel.

15.

Upon information and belief, Addison and Capital reached a settlement of Capital's claim against Addison in May 2006, involving payment of monetary amounts by Addison to Capital.

16.

Addison first notified Atlantic Casualty of its settlement with Capital on or about November 27, 2006. At no time did Addison seek from Atlantic Casualty consent or approval of the settlement.

17.

Addison has requested that Atlantic Casualty make payment to Addison of an amount no less than $151,747, which Addison claims is due under the terms of the Atlantic Casualty policies issued to K&F.

18.

Addison has claimed that it is an additional insured under one or more of the Atlantic Casualty policies issued to K&F.

19.

Upon information and belief, Atlantic Casualty states that the Capital claims against Addison in the Capital action have been dismissed with

prejudice, but that the third-party complaint by Addison against K&F remains pending.

20.

The Policy(ies) include, among other provisions, the following condition precedent to coverage:

**Duties in the Event of an Occurrence, Offense, Claim or Suit:**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.  To the extent possible, notice should include:
    (1) How, when and where the "occurrence" took place;
    (2) The names and address of any insured persons or witnesses; and
    (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

....

c. You and any other involved insured must:
    (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit"....

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## <u>DECLARATORY RELIEF</u>

21.

Plaintiff Atlantic Casualty hereby incorporates by reference as if repeated verbatim paragraphs 1- 20 of its complaint.

22.

Plaintiff Atlantic Casualty is entitled to a declaratory judgment that it has no obligation to indemnify K&F or Addison for the amounts requested

6

by Addison or for any costs of defense in the Capital action, for reasons which include the following:

(a)    K&F and Addison failed to comply with policy conditions by not providing Atlantic Casualty with timely notice and by not immediately providing to Atlantic Casualty copies of demands, suits, summons(es) and/or other legal papers received concerning the Capital claim and lawsuit;

(b)    The claims asserted and the settlement in the Capital action were for liability which was not the result of an "occurrence" within the meaning of the Atlantic Casualty polic(ies);

(c)    The claims asserted in the Capital action were not for "bodily injury" or "property damage" within the meaning of the Atlantic Casualty policy(ies);

(d)    Coverage is excluded for the claims asserted in the Capital action by one or more of the following exclusions in the policy(ies): Exclusions a ("Expected Or Intended Injury"); b ("Contractual Liability"); j ("Damage to Property"); k ("Damage To Your Product"); l ("Damage To Your Work"); m ("Damage to Impaired Property or Property Not Physically Injured");

(e)  Upon information and belief, the claims asserted in the Capital action were for damages allegedly occurring outside the policy period of Policy Nos. L048000204 and L048001630.

(f)  The settlement by Addison in the Capital action was made without the prior knowledge or consent of Atlantic Casualty, which is not obligated to provide coverage for any payment or expense incurred without the consent of Atlantic Casualty.

23.

Defendant Addison does not qualify as an insured under the terms of endorsements to or other terms of the Policy(ies), which were issued to K&F and not to Addison.

24.

Addison and K&F are not entitled to coverage for any damage known by them to have occurred at the time the Policy(ies) or additional insured endorsements became effective.

25.

Plaintiff Atlantic Casualty is entitled to a declaratory judgment that it has no coverage obligation to K&F or Addison or any obligation to provide indemnity or defense under the Policy(ies) with respect to any settlement in the Capital action.

8

26.

Plaintiff Atlantic Casualty relies on all terms, conditions, limitations and exclusions in the Policy(ies) as potential additional grounds for the relief it seeks in the present action, whether or not specifically set forth hereinabove.

WHEREFORE, Plaintiff Atlantic Casualty demands judgment in its favor:

1)     Declaring that Atlantic Casualty has no coverage obligation to K&F or Addison or an obligation to provide either of them indemnity or defense under the Atlantic Casualty Policy(ies) with respect to the Capital action or claims made therein.

2)     For the costs of the present action to be borne by Defendants K&F and Addison;

3)     Awarding Atlantic Casualty such other and further relief as the Court may deem just and proper.

**BALL, BALL, MATTHEWS & NOVAK, P.A.**

Jack Owen
Alabama Bar No.  OWE009

_C. Winston Sheehan, Jr._
C. Winston Sheehan, Jr.
Alabama Bar No. SHE013
Attorneys for Plaintiff
Atlantic Casualty Insurance Company

2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
Ph.:  (334) 387-7680
Fax:  (334) 387-3222

Paul W. Burke
DREW, ECKL & FARNHAM, LLP
Alabama Bar No. BUR130
880 W. Peachtree Street
P.O. Box 7600
Atlanta, Georgia  30357-0600
Ph.:  (404) 885-1400
Fax:  (404) 876-0992

**AFFIDAVIT**

The attached is a true and exact copy of Atlantic Casualty Insurance Company Policy Number __L048000668__, issued to __K & F INDUSTRIAL CONTRACTORS, INC.__ for the policy period __01/28/03__  to __01/23/04__.

__Orville Shigley_____ (Authorized Person Name)
__Surplus Lines Broker / Underwriter__ (Title of above named person)


Subscribed and sworn to before me this __26th__ day of __February__, 2007 by __Mary A. Daniels_____.


_____ Notary

Mary Angelia Daniels
My Commission Expires 3-19-07
_____ Commission Expires



**EXHIBIT**

1

 **Atlantic Casualty Insurance Company**

# COMMON POLICY DECLARATIONS

Policy Number  L048000668

L048000204
Renewal of Number

**Item 1.** Named Insured and Mailing Address:

K & F INDUSTRIAL
CONTRACTORS, INC.
P. O. BOX 168
WEBB          AL 36376

**Item 2.** Policy Period      From:  01/28/2003          To:  01/28/2004          Term    365

12:01 A. M.  Standard Time at the address of the Named Insured as stated herein

**Item 3.** Business Description:
PRE-FAB BUILDING ERECTION/WELDING

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Form No and Edition Date | Premium |
|---|---|---|
| Commercial General Liability Coverage Part | | $ 4,930.00 |
| Property Coverage Part | | $ |
| Inland Marine Coverage Part | | $ |
| | | |
| | Subtotal | $ 4,930.00 |
| | BROKER FEE | $ 150.00 |
| | S. L. TAX | $ 304.80 |
| | | $ |
| | | $ |
| | | $ |
| | Total | $ 5,384.80 |

Audit Period Annual unless otherwise stated: _____

**Item 4.**  Forms and endorsements applicable to all Coverage Parts:
See Schedule of Forms and Endorsements

Agent No.:
General Agent:  ASHLAND GENERAL AGENCY, INC.
Address:        P. O. BOX 850609
                MOBILE                          AL   36685

Producer Code No.: 066
Producer Name:     DIVERSIFIED INSURANCE & FINANCIA
Producer Address:  P.O. BOX 5622
                   DOTHAN                       AL   36302

"This contract is registered and delivered as a surplus line coverage under the Alabama Surplus Line Insurance Law."
LICENSE #A072608

Countersigned _____01/22/2003_____TH/RJ___          By _____
                        DATE                                    COUNTERSIGNATURE

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBER POLICY.



**Atlantic Casualty Insurance Company**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Renewal of Number  L048000204 _____

Policy No.  L048000668 _____

Named Insured and Mailing Address (No., Street, Town or City, County , State,  Zip Code)*
K & F INDUSTRIAL
CONTRACTORS, INC.
P. O. BOX 168
WEBB          AL 36376

Policy Period * :  From 01/28/2003    to 01/28/2004    at 12:01 A.M. Standard Time at your mailing
address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE
WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE**

| | |
|---|---|
| General Aggregate Limit (Other Than Products - Completed Operations) | $ 1,000,000 |
| Products - Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Fire Damage Limit | $ 50,000    Any One Fire |
| Medical Expense Limit | $ 1,000    Any One Person |

**RETROACTIVE DATE (CG 00 02 ONLY)**
Coverage A of this insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date,
if any, shown here: _____
    (Enter Date or "None" if no Retroactive Date applies)

**DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES**
Form of Business:
☐ Individual    ☐ Joint Venture    ☐ Partnership    ☒ Organization (Other than Partnership or Joint Venture)
Business Description*:
PRE-FAB BUILDING ERECTION/WELDING

Location of All premises You Own, Rent or Occupy:

3866 ENON ROAD                    WEBB                    AL 36376

**PREMIUM**

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| Prefabricated Building Erection | 98502 | P 61,800. PR | 13.71 | 53.34 | $847 | $3298 |

| | |
|---|---|
| Subtotal For ACD-GLS | $   785.00 |
| Total or Minimum Premium | $ 4,930.00 |

**(a) area   (c) total cost   (m) admission   (p) payroll   (s) gross sales   (u) units   (t) other

**FORMS AND ENDORSEMENTS** applying to this Coverage part and made part of this policy at time of issue + :
SEE SCHEDULE OF FORMS AND ENDORSEMENTS

Countersigned:* _____

By _____
                    Authorized Representative

*Entry optional in shown in Common Policy Declarations.
+Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.
THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED
POLICY.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc.

Policy Number: L048000668

## LOCATION OF PREMISES

Location of All premises You Own, Rent or Occupy:

## PREMIUM

| Classification | Code No. | Premium Basis | | Rate Pr/Co | All Other | Advance Premium Pr/Co | All Other |
|---|---|---|---|---|---|---|---|
| Sheet Metal Work - outside | 98884 | P PR | 13,200. | 15.84 | 27.16 | $226 | $359 |
| Machinery or Equipment - installation, servicing or repair | 97223 | P PR | IF ANY | 9.63 | 34.13 | $IF ANY | $IF ANY |
| Additional Insured - Owners, Lessees, or Contractors | CG2010 | | | | | $ | $200 |
| | | | | | | $ | $ |
| | | | | Total for extension | Total | $785.00 | |

*(a) area  (c) total cost  (m) admission  (p) payroll  (s) gross sales  (u) units  (t) other

# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER:<br>L048000668 | NAMED INSURED<br>K & F INDUSTRIAL<br>CONTRACTORS, INC. |
|---|---|

Form/Endorsement No./Edition Date

| | |
|---|---|
| ACJ1  6-99 | POLICY JACKET |
| ACD 01-02 | COMMON POLICY DECLARATION |
| ACI-GLB 07-01 | PRIVACY POLICY |
| IL0017 11-98 | COMMON POLICY CONDITONS |
| IL0021 4-98 | NUCLEAR ENERGY EXCLUSION |
| ACD-GL1 01-02 | GL COVERAGE DECLARATIONS |
| ACD-GLS 01-02 | GL COVERAGE DECLARATIONS EXT |
| ACI-SOS 05-99 | SERVICE OF SUIT |
| CG0001 1-96 | COMMERCIAL GL COV FORM |
| CG0300 1-96 | LIABILITY INS DEDUCTIBLE |
| CG2010 3-97 | ADD INS- OWNERS |
| CG2234 1-96 | EXCL - CONSTRUCTION MGMNT EO |
| AGL-C-2 03-00 | COMBO ENDORSE EXCLUSIONS/LIMITAT |
| AGL-012 5-97 | PREMIUM AUDIT-DEPOSIT PREM END |
| AGL-045 5-97 | MIN EARNED PREM ENDOR |
| AGL-054 10-01 | EXCL-MOLD,FUNGUS,VIRUS |

POLICY NUMBER: L048000668

**COMMERCIAL GENERAL LIABILITY**
*CG 03 00 01 96*

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deduction PER CLAIM or PER OCCURRENCE | |
|---|---|---|
| Bodily Injury Liability OR | $ | $ |
| Property Damage Liability OR | $ | $ |
| Bodily Injury Liability and/or Property Damage Liability Combined | $500. | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

A. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

B. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:
   a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:
   (1) "Bodily injury";
   (2) "Property damage"; or
   (3) "Bodily injury" and "property damage" combined
as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

CG 03 00 01 96                Copyright, Insurance Services Office, Inc., 1994                **Page 1 of 2**

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

      **(1)** "Bodily injury";

      **(2)** "Property damage"; or

      **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

   **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

   **2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Copyright, Insurance Services Office, Inc.,
CG 03 00 01 96

POLICY NUMBER: L048000668

COMMERCIAL GENERAL LIABILITY
CG 20 10 03 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

| | | |
|---|---|---|
| CLEMENTS CONTRACTING GROUP, INC. | | |
| 913 S. PERRY STREET | MONTGOMERY | AL 36104 |

(if no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**WHO IS AN INSURED (Section II)** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

POLICY NUMBER: L048000668             COMMERCIAL GENERAL LIABILITY
                                                       CG 20 10 03 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of Person or Organization:**

| |
|---|
| ADDISON STEEL<br>1920 LEADO ROAD                           ALBANY                 GA 31706 |

(if no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**WHO IS AN INSURED (Section II)** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

# ATLANTIC CASUALTY INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SERVICE OF SUIT ENDORSEMENT

It is agreed that service of process in suit may be made upon:

      RAGSDALE, LIGGETT AND FOLEY
      2840 Plaza Place, Suite 400
      RALEIGH, NC  27612
      Attn:  FRANK LIGGETT, III

and that in any suit instituted against any one of them upon this contract, the Company will abide by the final decision of any Court or Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of the Company in any suit and/or upon the request of the Insured to give a written undertaking to the Insured that they will enter a general appearance upon the Company's behalf in the event a suit is instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, the Company designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**ACI-SOS 05/99**

# PRIVACY POLICY

Atlantic Casualty Insurance Company believes that personal information that we collect about our customers, potential customers, and proposed insureds (referred to collectively in this Privacy Policy as "customers") must be treated with the highest degree of confidentiality. For this reason and in compliance with the Title V of the Gramm-Leach-Bliley Act ("GLBA"), we have developed a Privacy Policy that applies. For purposes of our Privacy Policy, the term "personal information" includes all information we obtain about a customer and maintain in a personally identifiable way. In order to assure the confidentiality of the personal information we collect and in order to comply with applicable laws, all individuals with access to personal information about our customers are required to follow this policy.

## Our Privacy Promise

Your privacy and the confidentiality of your business records are important to us. Information and the analysis of information is essential to the business of insurance and critical to our ability to provide to you excellent, cost-effective service and products. We understand that gaining and keeping your trust depends upon the security and integrity of our records concerning you. Accordingly, we promise that:

1. We will follow strict standards of security and confidentiality to protect any information you share with us or information that we receive about you;

2. We will verify and exchange information regarding your credit and financial status only for the purposes of underwriting, policy administration, or risk management and only with reputable references and clearinghouse services;

3. We will not collect and use information about you and your business other than the minimum amount of information necessary to advise you about and deliver to you excellent service and products and to administer our business;

4. We will train our employees to handle information about you or your business in a secure and confidential manner and only permit employees authorized to use such information to have access to such information;

5. We will not disclose information about you or your business to any organization outside our company or to third party service providers unless we disclose to you our intent to do so or we are required to do so by law;

6. We will not disclose medical information about you, your employees, or any claimants under any policy of insurance, unless you provide us with written authorization to do so, or unless the disclosure is for any specific business exception provided in the law;

7. We will attempt, with your help, to keep our records regarding you and your business complete and accurate, and will advise you how and where to access your account information (unless prohibited by law), and will advise you how to correct errors or make changes to that information; and

8. We will audit and assess our operations, personnel and third party service providers to assure that your privacy is respected.

## Collection and Sources of Information

We collect from a customer or potential customer only the personal information that is necessary for (a) determining eligibility for the product or service sought by the customer, (b) administering the product or service obtained, and (c) advising the customer about our products and services. The information we collect generally comes from the following sources:

- **Submission** - During the submission process, you provide us with information about you and your business, such as your name, address, phone number, e-mail address, and other types of personal identification information;

- **Quotes** - We collect information to enable us to determine your eligibility for the particular insurance product and to determine the cost of such insurance to you. The information we collect will vary with the type of insurance you seek;

- **Transactions** - We will maintain records of all transactions with us, our affiliates, and our third party service providers, including your insurance coverage selections, premiums, billing and payment information, claims history, and other information related to your account;

ACI-GLB 07-01

- **Claims** - If you obtain insurance form us, we will maintain records related to any claims that may be made under your policies. The investigation of a claim necessarily involves collection of a broad range of information about many issues, some of which does not directly involve you. We will share with you any facts that we collect about your claim unless we are prohibited by law from doing so. The process of claim investigation, evaluation, and settlement also involves, however, the collection of advice, opinions, and comments from many people, including attorneys and experts, to aid the claim specialist in determining how best to handle your claim. In order to protect the legal and transactional confidentiality and privileges associated with such opinions, comments and advice, we will not disclose this information to you; and

- **Credit and Financial Reports** - We may receive information about you and your business regarding your credit. We use this information to verify information you provide during the submission and quote processes and to help underwrite and provide to you the most accurate and cost-effective insurance quote we can provide.


## Retention and Correction of Personal Information

We retain personal information only as long as required by our business practices and applicable law. If we become aware that an item of personal information may be materially inaccurate, we will make reasonable effort to re-verify its accuracy and correct any error as appropriate.


## Storage of Personal Information

We have in place safeguards to protect data and paper files containing personal information.

## Sharing/Disclosing of Personal Information

We maintain procedures to assure that we do not share personal information with an unaffliated third party for marketing purposes unless such sharing is permitted by law. Personal information may be disclosed to an unaffiliated third party for necessary servicing of the product or service or for other normal business transactions as permitted by law.

We do not disclose personal information to an unaffiliated third party for servicing purposes or joint marketing purposes unless a contract containing a confidentiality/non-disclosure provision has been signed by us and the third party. Unless a consumer consents, we do not disclose "consumer credit report" type information obtained from an application or a credit report regarding a customer who applies for a financial product to any unaffiliated third party for the purpose of serving as a factor in establishing a consumer's eligibility for credit, insurance or employment. "Consumer credit report type information" means such things as net worth, credit worthiness, lifestyle information (piloting, skydiving, etc.) solvency, etc. We also do not disclose to any unaffiliated third party a policy or account number for use in marketing. We may share with our affiliated companies information that relates to our experience and transactions with the customer.

## Policy for Personal Information Relating to Nonpublic Personal Health Information

We do not disclose nonpublic personal health information about a customer unless an authorization is obtained from the customer whose nonpublic personal information is sought to be disclosed. However, an authorization shall not be prohibited, restricted or required for the disclosure of certain insurance functions, including, but not limited to, claims administration, claims adjustment and management, detection, investigation or reporting of actual or potential fraud, misrepresentation or criminal activity, underwriting, policy placement or issuance, loss control and/or aditing.

## Access to Your Information

Our employees, employees of our affiliated companies, and third party service providers will have access to information we collect about you and your business as is necessary to effect transactions with you.  We may also disclose information about you to the following categories of person entities:

- Your independent insurance agent or broker;
- An independent claim adjuster or investigator, or an attorney or expert involved in the claim;
- Persons or organizations that conduct scientific studies, including actuaries and accountants;
- An insurance support organization;
- Another insurer if to prevent fraud or to properly underwrite a risk;
- A state insurance department or other governmental agency, if required by federal, state or local laws; or
- Any persons entitled to receive information as ordered by a summons, court order, search warrant or subpoena.

## Violation of the Privacy Policy

Any person violating the Privacy Policy will be subject to discipline, up to and including termination.

ACI-GLB 07/01

COMMERCIAL GENERAL LIABILITY
CG 00 01 01 96

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

*Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.*

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks *have special meaning. Refer to* DEFINITIONS (SECTION VI).

## SECTION I - COVERAGES
## COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" *seeking damages for "bodily injury" or "property damage"to* which this insurance does not apply. We may, at our discretion, investigate any "occurrence"and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III ); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements ·under *Coverages A or B or medical expenses under Coverage C.*
No other obligation or liability to pay sums or perform *acts or services is covered unless explicitly provided* for under SUPPLEMENTARY PAYMENTS-COVERAGES A AND B.

b. This insurance applies to "bodily injury" and "property damage" only if:
(1) The "bodily injury" or "property damage" is caused by an "occurrence" that take place in the "coverage territory"; and
(2) The "bodily injury" or "property damage" occurs during the policy period.
c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

### 2. Exclusions

This insurance does not apply to:
#### a. Expected or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury' *resulting from the use of reasonable force to protect persons or property.*
#### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. *Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by* or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:
(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

Copyright Insurance Services Office, Inc., 1994

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;
**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or
**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers Compensation and Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:
**(1)** An "employee" of the insured arising out of and in the course of:
   **(a)** Employment by the insured, or
   **(b)** Performing duties related to the conduct of the insured's business; or
**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and
**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.
This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**
**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

**(b)** At or from any premises, site or location which is or was , at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or
**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:
   **(i)** If the pollutants are brought on or to the premises, site or location in connection with such operations by such isured, contractor or subcontractor; or

   **(ii)** If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraph (d)(i) does not apply to "bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to  perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor.

Subparagraphs (a) and (d)(i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

g. Aircraft, Auto or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:
(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:
   (a) Less than 26 feet long; and
   (b) Not being used to carry persons or property for a charge;
(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft, or
(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. Mobile Equipment
   "Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile. equipment" by an "auto" owned or operated by or rented or loaned to any insured, or
(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. Damage to Property

"Property damage" to:
1) Property you own, rent, or occupy;
2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;
3) Property loaned to you;

4) Personal property in the care, custody or control of the insured;

5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations;
6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the products-completed operations hazard".
This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage to Impaired Property or Property Not Physically Injured**
   "Property damage" to "impaired property" or property that has not been physically injured, arising out of:
   (1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work": or

   (2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:
(1) "Your product";
(2) "Your work"; or
(3) "Impaired property";
if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section III).
**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury' to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any 'suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any occurrence or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and
(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

b.    This insurance applies to:
     (1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;
     (2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;
     but only if the offense was committed in the "coverage territory" during the policy period
**2. Exclusions**

This insurance does not apply to:
a. "Personal injury" or "advertising injury":
   (1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured;

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement; or

(5) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

b. "Advertising injury" arising out of:
1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;
2) The failure of goods, products or services to conform with advertised quality or performance;
3) The wrong description of the price of goods, products or services; or
4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

c. Any loss, cost or expense arising out of any:
(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or
(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, reating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.
Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**COVERAGE C. MEDICAL PAYMENTS**

1. Insuring Agreement
a. We will pay medical expenses as described below for "bodily injury" caused by an accident:
(1) On premises you own or rent,

(2) On ways next to premises you own or rent; or
(3) Because of your operations;
   provided that:
(1) The accident takes place in the "coverage territory" and during the policy period;
(2) The expenses are incurred and reported to us within one year of the date of the accident; and
(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.
b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:
(1) First aid administered at the time of an accident;
(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and
(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. Exclusions
We will not pay expenses for "bodily injury":
a. To any insured.
b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.
c. To a person injured on that part of premises you own or rent that the person normally occupies.
d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.
e. To a person injured while taking part in athletics.
f. Included within the "products-completed operations hazard".
g. Excluded under Coverage A.
h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS  COVERAGES A AND B**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

5. All costs taxed against the insured in the "suit".

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:
a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no

conflict appears to exist between the interests of the indemnitee.

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";
(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the " suit";
(c) Notify any other insurer whose coverage is available to the indemnitee, and
(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph 2.b.(2) of COVERAGE A- BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I- Coverages), such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

CG0001 0196                 Copyright, Insurance Services Office, Inc., 1994                 Page 6 of 13

## SECTION II  WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your, "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees' other ·than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee' while that co-"employee' is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property: and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipmen;, or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:
   a. Insureds;
   b. Claims made or "suits" brought; or
   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:
   a. Medical expenses under Coverage C;
   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and
   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:
   a. Damages under Coverage A; and
   b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. Bankruptcy

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:
      (1) How, when and where the "occurrence" or offense took place;
      (2) The names and addresses of any injured persons and witnesses, and
      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "sui"' is brought against any insured, you must:
      (1) Immediately record the specifics of the claim or "suit" and the date received; and
      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at times as we may request.

**6. Representations**

By accepting this policy. you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, .this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request. the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury. sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      (1) The injury or damage arises out of:

         (a) Goods or products made or sold by you in the territory described in a. above; or

CG0001 0196              .  Copyright, Insurance Services Office, Inc., 1994              **Page 10 of 13**

(b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, onstitution, bylaws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:
a. The repair, replacement, adjustment or removal of "your product" or "your work"; or
b. Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person of organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

10. "Loading or unloading" means the handling of property:
a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

a) Snow removal;

b) Road maintenance, but not construction or resurfacing; or

c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

13. "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

14. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:
   (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that *condition was created by the "loading or unloading"* of that vehicle by any insured;
   (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

   (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

15. *"Property damage" means:*
   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

16. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a) An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b) Any other alternative dispute resolution proceeding in which such damages are claimed *and to which the insured submits with our* consent.

17. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

18. *"Your product" means:*

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:
   (1) You;
   (2) Others trading under your name; or
   (3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts *or equipment furnished in connection with such* goods or products.
"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.
"Your product" does not include vending machines or *other property rented to or located for the use of* others but not sold.

19. *"Your work" means:*

a. Work or operations performed by you or on your behalf, and
b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, *performance or use of "your work"; and*
b. The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1994

COMMERCIAL GENERAL LIABILITY
CG 22 34 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages) and paragraph **2.**, Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of:

1. The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

2. Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

# ATLANTIC CASUALTY INSURANCE COMPANY

### THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

## COMBINATION ENDORSEMENT – EXCLUSIONS/LIMITATIONS

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

### EXCLUSION – COMMUNICABLE DISEASE

We do not cover any claim, loss, costs or expense for "bodily injury", "property damage", or "advertising injury" arising out of the transmission of or alleged transmission of any communicable disease.

AGL-001 5/97

### EXCLUSION – LEAD BEARING SUBSTANCE

We do not cover any claim, loss, costs or expense for "bodily injury", "personal injury", or "advertising injury" caused by plumbism (lead poisoning) or any disease or ailment caused by, or aggravated by exposure, consumption or absorption of lead.

We do not cover any claim, loss, costs or expense for "property damage" arising out of the actual or alleged presence of lead in any form, including the costs of remedial investigations or feasibility studies, or to the cost of testing, monitoring, cleaning up or removal of any lead-bearing substance.

AGL-002 5/97

### EXCLUSION – PUNITIVE DAMAGES

We do not cover any claim of or indemnification for punitive or exemplary damages. If a "suit" seeking both compensatory and punitive damages has been brought against you for a claim covered by this policy, we will provide defense for such action. We will not have any obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

AGL-003 5/97

### EXCLUSION – ASBESTOS, SILICA DUST, TOXIC SUBSTANCE

We do not cover any claim, loss, costs or expenses for "bodily injury" "personal injury" or "advertising injury" caused by asbestosis, silicosis, mesothelioma, emphysema, pneumoconiosis, pulmonary fibrosis, pleuritis, endothelioma or any lung disease or any ailment caused by, or aggravated by exposure, inhalation, consumption or absorption of asbestos fibers or silica dust.

We do not cover any claim, loss, costs or expense for "property damage" due to or arising out of the actual or alleged presence of asbestos or silica dust in any form, including the cost of remedial investigations or feasibility studies, or to the cost of testing, monitoring, cleaning or removal of any property or substance.

AGL-004 5/97

### EXCLUSION - INDEPENDENT CONTRACTORS / SUBCONTRACTORS

You are not covered for claims, loss, costs or expense arising out of the actions of independent contractors / subcontractors for or on behalf of any insured.

AGL-005 5/97

# ATLANTIC CASUALTY INSURANCE COMPANY

## EXCLUSION - ASSAULT AND/OR BATTERY

1.  This insurance does not apply to and we have no duty to defend any claims or "suits" for "bodily injury", "property damage", "personal injury", or "advertising injury" arising in whole or in part out of:

    a)  the actual or threatened assault or battery whether caused by or at the instigation or direction of any insured, his employees, patrons or any other person;

    b)  the failure of any insured or anyone else for whom any insured is legally responsible to prevent or suppress assault or battery; or

    c)  the negligent:

        (i)   employment;
        (ii)  investigation;
        (iii) supervision;
        (iv)  training;
        (v)   retention;

    of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by (a) or (b) above.

2.  For the purpose of this endorsement, the words, "assault and/or battery" are intended to include, but are not limited to, sexual assault.

3.  Exclusion 2.a. of the Commercial General Liability Coverage Form is deleted in its entirety and replaced by the following:

    a)  "Bodily injury" or "property damage" expected or intended from the standpoint of any insured.

AGL-046 5/97

## EXCLUSION - CLAIMS IN PROCESS

This insurance does not apply to:

1.  any loss or claim for damages arising out of or related to "bodily injury" or "property damage", whether known or unknown:

    a.  which first occurred prior to the inception date of this policy; or
    b.  which is, or alleged to be, in the process of occurring as of the inception dae of this policy.

2.  any loss or claim for damages arising out of or related to "bodily injury" or "property damage", whether known or unknown, which is in the process of settlement, adjustment or "suit" as of the inception date of this policy.

We shall have no duty to defend any insured against any loss, claim, "suit" or other proceeding alleging damages arising out of or related to "bodily injury" or "property damage" to which this endorsement applies.

AGL-048 Edition 03/00

# ATLANTIC CASUALTY INSURANCE COMPANY

## EXCLUSION - YEAR 2000 EXPOSURE

This insurance does not apply to and no duty to defend is provided by us for "Bodily injury", "Property damage", "Personal injury" or "Advertising injury" arising out of any error, omission, defect or deficiency in:

a.   Any evaluation, instruction, consultation or advice given by anyone relating to electronics, electronic components or parts, computers, computer components or parts or electronically or computer controlled products or systems or computer software programs, including, but not limited to, year 2000 exposures; or

b.   Rendering of failing to render any computer, computer software, electronics or electronic data processing related services, computer consulting or computer programming services, including, but not limited to year 2000 exposures; or

c.   The development, manufacture, distribution, instruction, modification, remanufacturing, assembling, packaging or repackaging of any electronic or computer components or parts or any electronically or computer controlled products or systems or computer software programs, including, but not limited to, products designed to manage year 2000 exposures.

This exclusion applies to liability assumed by reason of a contract or agreement. Paragraph f. of the definition of "Insured contract" additionally does not include any licensing, franchising or similar agreement.

AGL-049 Edition 10/97

## EXCLUSION – NEW ENTITIES

Paragraph 4. of WHO IS AN INSURED (Section II) does not apply

CG 21 36 01 96

# ATLANTIC CASUALTY INSURANCE COMPANY

## EMPLOYMENT – RELATED PRACTICES EXCLUSION

A. The following exclusion is added to paragraph 2., Exclusions of Coverage A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to:
"Bodily Injury" to:

1) A person arising out of any:

    (a) Refusal to employ that person;
    (b) Termination of that person's employment; or
    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment – related practices described in paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

    1) Whether the insured may be liable as an employer or in any other capacity; and

    2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to paragraph 2., Exclusions of Coverage B – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

This insurance does not apply to:
"Personal Injury" to:

1) A person arising out of any:

    a) Refusal to employ that person;
    b) Termination of that person's employment; or
    c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

2) The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment – related practices described in paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

1) Whether the insured may be liable as an employer or in any other capacity; or

2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 10 93

# ATLANTIC CASUALTY INSURANCE COMPANY

## TOTAL POLLUTION EXCLUSION ENDORSEMENT

Exclusion f. under paragraph 2., Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is replaced by the following:

f.   Pollution

1.   "Bodily Injury" or "property damage" which would not have occurred in whole or part but     for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

2.   Any loss, cost or expense arising out of any:

    (a)   Request, demand or order that any insured or other test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants: or

    (b)   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing or in any way responding to, or assessing the effects of pollutants.

Pollutants means solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste.  Waste includes material to be recycled, reconditioned, or reclaimed.

CG 21 49 01 96

# ATLANTIC CASUALTY INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

### PREMIUM AUDIT-DEPOSIT PREMIUM

## THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

Conditions ( Section IV ), Commercial General Liability  is amended as follows:

5.  Premium Audit

Paragraph " b." is deleted and replaced by the following:

b)  Premium shown in this Coverage Part as advance premium is a minimum and deposit premium. It shall be determined based on an estimate of your exposures for the policy year. At the close of each audit period we may, at our discretion, compute earned premium based on your actual records. If we do this computation and the premium developed is greater than the advance premium, the additional premium is due and payable on notice to the first Named Insured. If the total earned premium for the policy period is less than the advance premium, then the advance premium is the minimum premium and not subject to further adjustment.

AGL-012 Edition 05/97

©SIG 1997 All Rights Reserved

# ATLANTIC CASUALTY INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

### MINIMUM EARNED PREMIUM

## THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
## COMMERCIAL GENERAL LIABILITY COVERAGE

If this policy is cancelled at your request, you agree with us:

1.  that the minimum earned premium for this policy is 25 % of the Total Premium;

2.  that such minimum earned premium is not subject to short rate or pro-rate adjustment; and

3.  that cancellation for non-payment of premium, after the effective date of the policy, shall be deemed a request by you for cancellation of this policy and will activate this minimum earned premium provision.

AGL-045 Edition 05/97

©SIG 1997 All Rights Reserved

# ATLANTIC CASUALTY INSURANCE COMPANY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MOLD, FUNGUS, BACTERIA, VIRUS AND ORGANIC PATHOGEN EXCLUSION - LIABILITY

The following supercedes the terms and conditions of this policy. This insurance does not apply.

1. to any alleged "bodily injury", "property damage", "personal injury" or "advertising injury";
2. to any alleged damages for devaluation of property or for the taking, use or acquisition or interference with the rights of others in property or in air space;
3. to any loss, cost or expense, including but not limited to fines, penalties and attorney fees, arising out of any governmental direction or request, or any private party or citizen action, that an insured test for, monitor, clean up, remove, contain, treat, detoxify or neutralize "organic pathogens" or;
4. to any litigation or administration procedure in which an insured may be involved as a party;

arising directly, indirectly, or in concurrence or in any sequence out of actual, alleged or threatened existence, exposure to, discharge, dispersal, release or escape of "organic pathogens", whether or not such actual, alleged or threatened existence, discharge, dispersal, release or escape is sudden , accidental or gradual in nature.

In addition, this insurance does not apply to any alleged "bodily injury", "property damage", "personal injury" or "advertising injury", loss, cost or expense including but not limited to fines, penalties and attorney fees, arising out of or related to any form of "organic pathogens", whether or not such actual, alleged or threatened existence, exposure to , discharge, dispersal, release or escape is negligently or in intentionally caused by any person or entity and whether or not the liability of any insured is alleged to be direct or vicarious. This exclusion also applies whether or not such injury, damage, devaluation, cost or expense is expected or intended from the standpoint of any insured.

"Organic pathogen" means any organic irritant or contaminant, including but not limited to mold, fungus, bacteria or virus, including but not limited to their byproducts such as mycotoxin, mildew, or biogenic aerosol.

"Waste" means any property intended to be disposed, recycled, reused or reclaimed by the owner or user thereof.

All other terms and conditions remain unchanged.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:
   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and
   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

INTERLINE
IL 00 21 04 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION
## ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:
   A. Under any Liability Coverage, to "bodily injury"
      or "property damage":
      (1) With respect to which an "insured" under the
          policy is also an insured under a nuclear energy
          liability policy issued by Nuclear Energy Liability
          Insurance Association, Mutual Atomic Energy
          Liability Underwriters, Nuclear Insurance
          Association of Canada or any of their successors,
          or would be an insured under any such policy but
          for its termination upon exhaustion of its limit of
          liability; or
      (2) Resulting from the "hazardous properties" of
          "nuclear material" and with respect to which (a)
          any person or organization is required to maintain
          financial protection pursuant to the Atomic Energy
          Act of 1954, or any law amendatory thereof, or (b)
          the "insured" is, or had this policy not been issued
          would be, entitled to indemnity from the United
          States of America, or any agency thereof, under
          any agreement entered into by the United States of
          America, or any agency thereof, with any person or
          organization.
   B. Under any Medical Payments coverage, to
      expenses incurred with respect to "bodily injury"
      resulting from the "hazardous properties" of
      "nuclear material" and arising out of the
      operation of a "nuclear facility" by any person
      or organization.

   C. Under any Liability Coverage, to "bodily injury" or
      "property damage" resulting from "hazardous properties" of
      "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility"
          owned by, or operated by or on behalf of, an "insured"
          or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or
          "waste" at any time possessed, handled, used, processed,
          stored, transported or disposed of, by or on behalf of
          an "insured"; or

      (3) The "bodily injury" or "property damage" arises out
          of the furnishing by an "insured" of services, materials,
          parts or equipment in connection with the planning,
          construction, maintenance, operation or use of any
          "nuclear facility", but if such facility is located within
          the United States of America, its territories or
          possessions or Canada, this exclusion (3) applies only
          to "property damage" to such "nuclear facility" and
          any property thereat.

2. As used in this endorsement:
   "Hazardous properties" includes radioactive, toxic or
   explosive properties.
   "Nuclear material" means "source material", "Special
   nuclear material" or "by-product material".

Copyright, Insurance Services Office, Inc., 1997

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor'.

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1997

IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**    (066)

# POLICY CHANGES

Policy Change
Number    1

| POLICY NUMBER<br><br>L    048000668 | POLICY CHANGES<br>EFFECTIVE<br><br>04/28/2003 | COMPANY<br><br>ATLANTIC CASUALTY INSURANCE CO. |
|---|---|---|
| NAMED INSURED<br><br>K & F INDUSTRIAL CONTRACTORS | | AUTHORIZED REPRESENTATIVE<br><br>ASHLAND GENERAL AGENCY, INC. |

COVERAGE PARTS AFFECTED

COMMERCIAL GENERAL LIABILITY

CHANGES

CG 2010 (10-01) ADDITIONAL INSURED IS MADE A PART OF THIS POLICY.

ADDITIONAL INSURED:  CLEMENT CONSTRUCTING GROUP, INC.

PRO RATA FACTOR:   1.000

| NEW ANNUAL PREMIUM: | $100.00 | ADDITIONAL/(RETURN) PREMIUM: | $100.00 |
|---|---|---|---|
| | | TAX: | $6.00 |
| | | TOTAL: | $106.00 |

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

ISSUE DATE:  05/15/2003          ENDORSEMENT# 1

Authorized Representative Signature

IL 1201 1185

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

POLICY NUMBER:                                              COMMERCIAL GENERAL LIABILITY
                                                                          CG 20 10 10 01

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name of Person or Organization: |
|---|
| CLEMENT CONSTRUCTING GROUP, INC.<br>913 S. PERRY ST.<br>MONTGOMERY, AL   36101 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. **Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

B. With respect to the insurance afforded to these additional insureds, the following exclusion is added:

   **2. Exclusions**

     This insurance does not apply to "bodily injury" or "property damage" occurring after:

(1) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

(2) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© ISO Properties, Inc., 2000                 ☐

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.    (066)

# POLICY CHANGES

Policy Change
Number    1A

| POLICY NUMBER<br><br>L    048000668 | POLICY CHANGES EFFECTIVE<br><br>04/28/2003 | COMPANY<br><br>ATLANTIC CASUALTY INSURANCE CO. |
|---|---|---|
| NAMED INSURED<br><br>K & F INDUSTRIAL | | AUTHORIZED REPRESENTATIVE<br><br>ASHLAND GENERAL AGENCY, INC. |

COVERAGE PARTS AFFECTED

COMMERCIAL GENERAL LIABILITY

CHANGES

ENDORSEMENT #1 IS NULL AND VOID.    EXPOSURE ALREADY COVERED ON POLICY.

|  |  |
|---|---|
| PRO RATA FACTOR:  1.000 | |
| ADDITIONAL/(RETURN) PREMIUM: | ($100.00) |
| OLD ANNUAL PREMIUM:          ($100.00)     TAX: | ($6.00) |
| TOTAL: | ($106.00) |

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

ISSUE DATE:  06/07/2003          ENDORSEMENT# 1A

_____
Authorized Representative Signature

IL 1201 1185

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.    (066)

# POLICY CHANGES

Policy Change
Number   2

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| L    048000668 | 08/07/2003 | ATLANTIC CASUALTY INSURANCE CO. |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| K & F INDUSTRIAL CONTRACTORS | ASHLAND GENERAL AGENCY, INC. |

COVERAGE PARTS AFFECTED

COMMERCIAL GENERAL LIABILITY

### CHANGES

CG 2010 (10-01) ADDITIONAL INSURED IS MADE A PART OF THIS POLICY.

ADDITIONAL INSURED:  ADDISON STEEL CO.

|  |  |  |
|---|---|---|
|  | PRO RATA FACTOR:   1.000 |  |
| NEW ANNUAL PREMIUM:       $100.00 | ADDITIONAL/(RETURN) PREMIUM: | $100.00 |
|  | TAX: | $6.00 |
|  | TOTAL: | $106.00 |

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

ISSUE DATE:  08/09/2003          ENDORSEMENT# 2

_____
Authorized Representative Signature

IL 1201 1185          Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

POLICY NUMBER:                                                    COMMERCIAL GENERAL LIABILITY
                                                                          CG 20 10 10 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Name of Person or Organization:**<br>      Addison Steel Co.<br>      1705 Enterprise Drive<br>      Buford, Ga  30518 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A. Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

**B.** With respect to the insurance afforded to these additional insureds, the following exclusion is added:

  **2. Exclusions**

    This insurance does not apply to "bodily injury" or "property damage" occurring after:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 10 01                        © ISO Properties, Inc., 2000                        Page 1 of 1          □

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.    (066)

# POLICY CHANGES

Policy Change
Number    2A

| POLICY NUMBER<br><br>L      048000668 | POLICY CHANGES EFFECTIVE<br><br>08/07/2003 | COMPANY<br><br>ATLANTIC CASUALTY INSURANCE CO. |
|---|---|---|
| NAMED INSURED<br><br>K & F INDUSTRIAL CONTRACTORS | | AUTHORIZED REPRESENTATIVE<br><br>ASHLAND GENERAL AGENCY, INC. |

COVERAGE PARTS AFFECTED

COMMERCIAL GENERAL LIABILTY

CHANGES

ENDORSEMENT #2 IS NULL AND VOID.  THIS ENDORSEMENT PREVIOULSY CHARGED.

PRO RATA FACTOR:    1.000

ADDITIONAL/(RETURN) PREMIUM:          ($100.00)

OLD ANNUAL PREMIUM:          ($100.00)

TAX:          ($6.00)

TOTAL:          ($106.00)

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

ISSUE DATE:  08/30/2003          ENDORSEMENT# 2A

_____
Authorized Representative Signature

IL 1201 1185

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

THIS ENDORSEMENT. .IANGES THE POLICY. PLEASE ∖ ..AD IT CAREFULLY.    (066)

# POLICY CHANGES

Policy Change
Number  3

| POLICY NUMBER<br><br>L.    048000668 | POLICY CHANGES<br>EFFECTIVE<br><br>10/20/2003 | COMPANY<br><br>ATLANTIC CASUALTY INSURANCE CO. |
|---|---|---|
| NAMED INSURED<br><br>K & F INDUSTRIAL | | AUTHORIZED REPRESENTATIVE<br><br>ASHLAND GENERAL AGENCY, INC. |

COVERAGE PARTS AFFECTED

COMMERCIAL GENERAL LIABILITY

CHANGES

THE FOLLOWING CLASSIFICATION IS ELIMINATED FROM THIS POLICY:  UNAUDITED

98502-PREFABRICATED BUILDING ERECTION

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

ISSUE DATE:  10/27/2003         ENDORSEMENT# 3

_____
Authorized Representative Signature

IL 1201 1185

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983