IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
SOUTHERN DIVISION

| | | |
|---|---|---|
| ATLANTIC CASUALTY<br>INSURANCE COMPANY | ) | 2007 MAR -5 P 3: 21 |
| | ) | |
| | ) | DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Civil Action No.:** |
| | ) | |
| | ) | 1:07CV196- mef |
| K&F INDUSTRIAL | ) | |
| CONTRACTORS, INC. & | ) | |
| SCHUFF STEEL-ATLANTIC, INC. | ) | |
| f/k/a ADDISON STEEL, INC. | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party to the above-captioned matter hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Atlantic Casualty Insurance Co.

Atlantic Casualty Insurance Company

Strickland Insurance Group, Inc.

Strickland Insurance Brokers, Inc.

American Claim Service

Dated this 5th day of March, 2007.

**BALL, BALL, MATTHEWS & NOVAK, P.A.**

C. Winston Sheehan, Jr.
Alabama Bar No. SHE013
Attorney for Plaintiff
Atlantic Casualty Insurance Company

2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
Ph.:    (334) 387-7680
Fax:    (334) 387-3222


Paul W. Burke
DREW, ECKL & FARNHAM, LLP
Alabama Bar No. BUR130
880 W. Peachtree Street
P.O. Box 7600
Atlanta, Georgia  30357-0600
Ph.:    (404) 885-1400
Fax:    (404) 876-0992