AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 20 March 07 |
| NAME OF SERVER (PRINT) LAN McGEFF | TITLE P.I. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: GLORIA FENNELL, SPOUSE

☐ Returned unexecuted:

☒ Other (specify): Certified Mail, Return Receipt Requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  20 March 07    _[signature]_
            Date             Signature of Server

P.O. Box 917, Dothan, AL. 36302
Address of Server

RETURNED AND FILED

MAR 26 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Atlantic Casualty Insurance Co.

V.

K&F Industrial Contractors, Inc.
Schuff-Atlantic Steel, Inc. f/k/a Addison Steel, Inc.

**SUMMONS IN A CIVIL ACTION**

**ALIAS**

CASE NUMBER: 1:07-cv-196-MEF

TO: K&F Industrial Contractor, Inc.
c/o Keith Fennell
3866 Enon Road
Webb, AL 36376

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack Owen
C. Winston Sheehan, Jr.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, AL 36109-2148

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                      3/14/2007

CLERK                                                          DATE

(By) DEPUTY CLERK