IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY<br>INSURANCE COMPANY,<br><br>      Plaintiff,<br>v.<br><br>K&F INDUSTRIAL<br>CONTRACTORS, INC. and<br>SCHUFF STEEL-ATLANTIC, INC.<br>f/k/a ADDISON STEEL, INC.,<br><br>      Defendants. | Civil Action File<br>No. 1:07CV196-MEF |

## MOTION FOR EXTENSION OF TIME

Defendant Schuff Steel-Atlantic, Inc. f/k/a Addison Steel, Inc. (herein "Schuff Steel"), with the consent of Plaintiff Atlantic Casualty Insurance Company, moves this Court to grant an extension of time through and including **April 30, 2007,** for the Defendant to answer or otherwise respond to the Complaint for Declaratory Judgment filed by Plaintiff on March 5, 2007. The response to the Complaint is now due on April 5, 2007. The short extension of time requested is needed in order for the Defendant Schuff Steel to secure local counsel and prepare an adequate response to the Complaint. Counsel for the Plaintiff has consented to the requested extension of time.

WHEREFORE, the Defendant prays that this motion be granted and that Defendant Schuff Steel have an extension through and including **April 30, 2007** to answer or otherwise respond to Plaintiff's Complaint for Declaratory Judgment.

This 28th day of March, 2007.

                                          s/ **Thomas E. Borton, IV**
                                          Thomas E. Borton, IV
                                          Alabama Bar No. BOR011
                                          Attorney for Defendant Schuff Steel-Atlantic, Inc. f/k/a Addison Steel, Inc.
                                          **TROUTMAN SANDERS LLP**
                                          5200 Bank of America Plaza
                                          600 Peachtree Street, N.E.
                                          Atlanta, Georgia  30308-2216
                                          Telephone:   404-885-3000
                                          Facsimile:   404-885-3900
                                          E-mail: thomas.borton@troutmansanders.com

Of Counsel:

Frank E. Riggs
**TROUTMAN SANDERS LLP**
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
Telephone:   404-885-3353
Facsimile:   404-962-6662

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing MOTION FOR EXTENSION OF TIME upon counsel of record by U.S. First Class Mail to the following:

*Counsel for Plaintiff*

| | |
|---|---|
| Jack Owen, Esq. | Paul W. Burke, Esq. |
| C. Winston Sheehan, Jr., Esq. | Drew, Eckl & Farnham, LLP |
| Ball, Ball, Matthews & Novak, PA | 880 West Peachtree Street |
| 2000 Interstate Park Drive, #204 | Post Office Box 7600 |
| Montgomery, Alabama 36109-2148 | Atlanta, Georgia 30357-0600 |

This 28th day of March, 2007.

s/ **Thomas E. Borton, IV**
Thomas E. Borton, IV
Alabama Bar No. BOR011
Attorney for Defendant Schuff Steel-Atlantic, Inc. f/k/a Addison Steel, Inc.
**TROUTMAN SANDERS LLP**
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone:   404-885-3000
Facsimile:   404-885-3900
E-mail:thomas.borton@troutmansanders.com

033891.1.1776154