IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-196-MEF |
| ) | |
| K&F INDUSTRIAL CONTRACTORS, INC., *et al.,* ) ) ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time (Doc. #8) filed on March 28, 2007, it is hereby

ORDERED that the motion is GRANTED to and including April 30, 2007.

DONE this 2nd day of April, 2007.

                                        /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE