IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ATLANTA CASUALTY INSURANCE COMPANY,** | * * * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. 1:07CV196-MEF |
| | * | |
| **K&F INDUSTRIAL CONTRACTORS INC., et al.,** | * * | |
| | * | |
| Defendants. | * | |

**ENTRY OF APPEARANCE**

*COMES NOW* the undersigned attorney and hereby enters his appearance as counsel for

**K&F Industrial Contractors, Inc.,** Defendant in the above-styled cause.

        **s/ Derek E. Yarbrough**
        **Derek E. Yarbrough**
        Bar Number: ASB-6664-R63D
        **Attorney for Defendant K&F Ind. Contractors**
        Motley, Motley & Yarbrough, LLC
        Dan Clemmons Building
        117 East Main Street
        Dothan, Alabama 36301
        Telephone: (334) 793-0051  Fax: (334) 793-9845
        E-mail: motley@graceba.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ATLANTA CASUALTY INSURANCE COMPANY,** | * * * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. 1:07CV196-MEF |
| | * | |
| **K&F INDUSTRIAL CONTRACTORS INC., et al.,** | * * * | |
| Defendants. | * | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, I filed an Entry Of Appearance on behalf of K&F Industrial Contractors, Inc., with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jack Owen, Eq.
C. Winston Sheehan, Jr., Esq.
Counsel for Plaintiff
Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive, #204
Montgomery, AL 36109-2148

Paul W. Burke, Esq.
Drew. Eckl & Farnham, LLP
Counsel for Plaintiff
880 West Peachtree Street
Post Office Box 7600
Atlanta, Georgia 30357-0600

Thomas E. Borton, IV, Esq.
Troutman Sanders LLP
Counsel for Defendant Schuff Steel-Atlantic, Inc.
    f/k/a Addison Steel, Inc.
5200 Bank of America Plaza
600 Peachtree Street, N.E.

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

                                                  **s/ Derek E. Yarbrough**
                                                  **Derek E. Yarbrough**
                                                  motley@graceba.net