# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ATLANTA CASUALTY INSURANCE COMPANY,** | * * * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. 1:07CV196-MEF |
| | * | |
| **K&F INDUSTRIAL CONTRACTORS INC., et al.,** | * * * | |
| Defendants. | * | |

## MOTION FOR EXTENSION OF DEADLINE

*COMES NOW* Defendant **K&F Industrial Contractors, Inc.** [hereinafter K&F], with the consent of Plaintiff Atlantic Casualty Insurance Company, and moves this Court to grant an extension of time through and including April 30, 2007, for the Defendant to answer or otherwise respond to the Complaint for Declaratory Judgment filed by the Plaintiff on March 5, 2007.

K&F's response is due, however, an extension of time is needed so that the Defendant can prepare an adequate response to the complaint through counsel. Counsel for the Plaintiff has consented to the requested extension of time.

*WHEREFORE*, Defendant K&F prays that this motion be granted and that it be given an extension through and including April 30, 2007, to answer or otherwise respond to the Plaintiff's Complaint for Declaratory Judgment.

Respectfully submitted,

        **s/ Derek E.  Yarbrough**
        **Derek E. Yarbrough**
        Bar Number: ASB-6664-R63D
        **Attorney for Defendant K&F Ind. Contractors**
        Motley, Motley & Yarbrough, LLC
        Dan Clemmons Building
        117 East Main Street
        Dothan, Alabama 36301
        Telephone:  (334) 793-0051  Fax: (334) 793-9845
        E-mail: motley@graceba.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ATLANTA CASUALTY INSURANCE COMPANY,** * * * | |
| Plaintiff, * | |
| vs. * | Civil Action No. 1:07CV196-MEF |
| * | |
| **K&F INDUSTRIAL CONTRACTORS INC., et al.,** * * | |
| * | |
| Defendants. * | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, a Motion For Extension of Deadline was filed on behalf of Defendant K&F Industrial Contractors, Inc., with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jack Owen, Eq.  
C. Winston Sheehan, Jr., Esq.  
Counsel for Plaintiff  
Ball, Ball, Matthews & Novak, PA  
2000 Interstate Park Drive, #204  
Montgomery, AL 36109-2148  

Paul W. Burke, Esq.  
Drew. Eckl & Farnham, LLP  
Counsel for Plaintiff  
880 West Peachtree Street  
Post Office Box 7600  
Atlanta, Georgia 30357-0600  

Thomas E. Borton, IV, Esq.  
Troutman Sanders LLP  
Counsel for Defendant Schuff Steel-Atlantic, Inc.  
    f/k/a Addison Steel, Inc.  
5200 Bank of America Plaza  
600 Peachtree Street, N.E.  

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

                                          **s/ Derek E. Yarbrough**  
                                          **Derek E. Yarbrough**  
                                          motley@graceba.net