IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>K & F INDUSTRIAL CONTRACTORS, )<br>INC., *et al.,*  )<br>)<br>Defendants.  ) | CASE NO. 1:07-cv-196-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time (Doc. #11) filed on April 9, 2007, it is hereby

ORDERED that the motion is GRANTED to and including April 30, 2007.

DONE this the 12th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE