IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ATLANTIC CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.

K&F INDUSTRIAL
CONTRACTORS, INC. and
SCHUFF STEEL-ATLANTIC, INC.
f/k/a ADDISON STEEL, INC.,

    Defendants.

Civil Action File
No. 1:07CV196-MEF

## MOTION FOR ADMISSION PRO HAC VICE

COME NOW Frank E. Riggs, Jr. and Defendant Schuff Steel-Atlantic, Inc. f/k/a Addison Steel, Inc. and, pursuant to this Court's Local Rule 83.1, respectfully moves for Mr. Riggs to appear pro hac vice as counsel for Schuff Steel-Atlantic, Inc. f/k/a Addison Steel, Inc. in this matter. Mr. Riggs is a member in good standing of the United States District Court for the Northern District of Georgia, as reflected by the certificate of good standing attached to this motion.

WHEREFORE, Mr. Riggs and Schuff Steel-Atlantic, Inc. f/k/a Addison Steel, Inc. respectfully request that this Court enter an Order permitting Mr. Riggs to appear pro hac vice as counsel for Schuff Steel-Atlantic, Inc. in this matter.

This 12th day of April, 2007.

        Respectfully submitted,

        **TROUTMAN SANDERS LLP**

        _____
        Frank E. Riggs, Jr.
        Georgia Bar No. 605550

| | |
|---|---|
| 5200 Bank of America Plaza | Attorney for Schuff Steel-Atlantic, Inc. f/k/a |
| 600 Peachtree Street, N.E. | Addison Steel, Inc. |
| Atlanta, Georgia 30308-2216 | |
| Telephone: (404) 885-3353 | |
| Facsimile: (404) 962-6662 | |
| E-mail: frank.riggs@troutmansanders.com | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing MOTION FOR ADMISSION PRO HAC VICE upon counsel of record by U.S. First Class Mail to the following:

Jack Owen, Esq.
C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive, #204
Montgomery, Alabama 36109-2148

Paul W. Burke, Esq.
Drew, Eckl & Farnham, LLP
880 West Peachtree Street
Post Office Box 7600
Atlanta, Georgia 30357-0600

Derek Yarborough, Esq.
Motley, Motley & Yarborough
117 East Main Street
Dothan, Alabama 36301

This 12th day of April, 2007.

_____
Thomas E. Borton, IV
Alabama Bar No. BOR011
Attorney for Defendant Schuff Steel-Atlantic,
Inc. f/k/a Addison Steel, Inc.
**TROUTMAN SANDERS LLP**
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone:  404-885-3000
Facsimile:   404-885-3900
E-mail:thomas.borton@troutmansanders.com

033891.1.1782363



## CERTIFICATE OF GOOD STANDING

| UNITED STATES OF AMERICA | } |
|---|---|
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that FRANK E. RIGGS, State Bar No. 605550,** was duly admitted to practice in said Court on December 2, 1974, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 10th day of April, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Green
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY<br>INSURANCE COMPANY,<br>      Plaintiff,<br>v.<br>K&F INDUSTRIAL<br>CONTRACTORS, INC. and<br>SCHUFF STEEL-ATLANTIC, INC.<br>f/k/a ADDISON STEEL, INC.,<br>      Defendants. | Civil Action File<br>No. 1:07CV196-MEF |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

Before the Court is a Motion to Appear Pro Hac Vice filed by Frank E. Riggs, Jr. and Defendant Schuff Steel-Atlantic, Inc. f/k/a Addison Steel, Inc. seeking the pro hac vice admission of Mr. Riggs to this Court in order to appear as counsel for Defendant Schuff Steel-Atlantic, Inc. This Court finds that Mr. Riggs is an attorney in good standing of the United States District Court for the Northern District of Georgia and, accordingly, hereby orders him admitted to this Court pro hac vice as counsel for Defendant Schuff Steel-Atlantic, Inc.

This ___ day of _____ 2007.

---

MARK E. FULLER
Judge, United States District Court for the
Middle District of Alabama