IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) |
| v. | )  CASE NO. 1:07-cv-196-MEF ) |
| K & F INDUSTRIAL CONTRACTORS, INC., *et al.,* | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion of Frank E. Riggs, Jr. for Admission *Pro Hac Vice* (Doc. #13) filed on April 13, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE