IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No.: 1:07CV196-MEF<br>) |
| K&F INDUSTRIAL CONTRACTORS, INC. & SCHUFF STEEL-ATLANTIC, INC. f/k/a ADDISON STEEL, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### STIPULATION FOR DISMISSAL

All parties to the above styled action, by and through their counsel of record, having reached agreement for dismissal of this action, hereby stipulate as follows:

The parties stipulate that plaintiff Atlantic Casualty Insurance Company has no coverage obligation to defendants K&F Industrial Contractors, Inc. or Schuff Steel-Atlantic, Inc., f/k/a Addison Steel, Inc., including an obligation to provide either of them with defense or indemnity under the Atlantic Casualty insurance policies, with respect to any and all claims asserted in the "Capital Action" referenced in the Complaint for Declaratory Judgment.

Pursuant to the provisions of Rule 41(a)(1), Fed.R.Civ.P., it is hereby stipulated by and among counsel for the plaintiff and counsel for the defendants that the above styled action be and is DISMISSED, each party to bear its own costs.

DONE this 8th day of May, 2007.

/s/ Jack Owen
JACK OWEN
Ala. Bar No. ASB-4805-N66C
Attorney for Plaintiff
Atlantic Casualty Insurance Company

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
Tel.: (334) 387-7680
Fax: (334) 387-3222
Email: ccowen@ball-ball.com

Paul W. Burke
Richard Metzger
DREW, ECKL & FARNHAM, LLP
880 W. Peachtree Street
P.O. Box 7600
Atlanta, Georgia 30357-0600
Tel.:   (404) 885-1400
Fax:   (404) 876-0992

/s/ Frank E. Riggs, Jr.
Frank E. Riggs, Jr.
Georgia Bar No. 605550
Attorney for Defendant
Schuff Steel-Atlantic, Inc.
f/k/a Addison Steel, Inc.

OF COUNSEL:
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Tel.:   (404) 885-3353
Fax:   (404) 962-6662
Email: frank.riggs@troutmansanders.com

/s/ Derek E. Yarbrough
Derek E. Yarbrough
Ala. Bar No. ASB-6664-R63D
Attorney for Defendant
K&F Industrial Contractors, Inc.

OF COUSEL:
MOTLEY, MOTLEY & YARBROUGH, LLC
Dan Clemmons Building
117 East Main Street
Dothan, AL 36301
Tel.: (334) 793-0051
Fax: (334) 793-9845
Email: motley@graceba.net