IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Civil Action No.: 1:07CV196-MEF<br>) |
| K&F INDUSTRIAL CONTRACTORS, INC. & SCHUFF STEEL-ATLANTIC, INC. f/k/a ADDISON STEEL, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION TO ALTER OR AMEND FINAL JUDGMENT

All parties to the above styled action, by and through their counsel of record, move the Court to alter or amend the Final Judgment (Doc. 19) entered on May 11, 2007, to reflect the dismissal of the above styled action without prejudice.

As grounds, the parties assert that the Stipulation for Dismissal (Doc. 18) filed on May 10, 2007, did not specify whether the dismissal was with or without prejudice, it being their intent that, based on the agreed terms that the parties specified and recited in their Stipulation for Dismissal, the Dismissal would be without prejudice, as provided for by Rule 41(a)(1), Fed.R.Civ.P.

To reflect correctly the intent of the parties, they request that the Court amend its Final Judgment to state that dismissal of this action is without prejudice.

DONE this 23rd day of May, 2007.

/s/ Jack Owen
JACK OWEN
Ala. Bar No. ASB-4805-N66C
Attorney for Plaintiff
Atlantic Casualty Insurance Company

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
Tel.: (334) 387-7680
Fax: (334) 387-3222
Email: ccowen@ball-ball.com

Paul W. Burke
Richard Metzger
DREW, ECKL & FARNHAM, LLP
880 W. Peachtree Street
P.O. Box 7600
Atlanta, Georgia 30357-0600
Tel.:   (404) 885-1400
Fax:   (404) 876-0992

/s/ Frank E. Riggs, Jr.
Frank E. Riggs, Jr.
Georgia Bar No. 605550
Attorney for Defendant
Schuff Steel-Atlantic, Inc.
f/k/a Addison Steel, Inc.

OF COUNSEL:
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Tel.:   (404) 885-3353
Fax:   (404) 962-6662
Email: frank.riggs@troutmansanders.com

/s/ Derek E. Yarborough
Derek E. Yarbrough
Ala. Bar No. ASB-6664-R63D
Attorney for Defendant
K&F Industrial Contractors, Inc.

OF COUSEL:
MOTLEY, MOTLEY & YARBROUGH, LLC
Dan Clemons Building
117 East Main Street
Dothan, AL 36301
Tel.: (334) 793-0051
Fax: (334) 793-9845
Email: motley@graceba.net

2