IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>K & F INDUSTRIAL CONTRACTORS, )<br>INC., )<br>)<br>Defendant. ) | CASE NO. 1:07-cv-196-MEF |

# **O R D E R**

Upon consideration of the Joint Motion to Alter or Amend Final Judgment (Doc. #20) filed on May 23, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 25th day of May, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE